# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143390

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SY KHUE XIONG,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143390
COA: 297285
Oakland CC: 2009-227445-FC

On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

h1017